United States District Court
Southern District of Texas

**ENTERED**

January 05, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XU YUAN, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:23-CV-2841 |
| | § | |
| ALEJANDRO MAYORKAS, ET AL., | § | |
| *Respondents.* | § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner Xu Yuan, who is appearing pro se, filed a Complaint seeking a Writ of Mandamus ordering United States Citizenship and Immigration Services (USCIS) to process his I-589s Application of Asylum and for Withholding of Removal filed on January 24, 2017.[1]  ECF 1.  On August 2, 2023, the Clerk issued summonses directed to Alejandro Mayorka (Secretary of the Department of Homeland Security), Merrick Garland ( Attorney General of the United States), Irvin Gadson (Houston Asylum Office Director), and the U.S. Attorney's Office, and returned them to Plaintiff by U.S. First Class mail for service.  ECF 2.  There are no returns of service on file and to date no representative of the government has appeared or responded to the Complaint.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 4.

On October 31, 2023, the Court Order Plaintiff to file within 14 days returns of service showing that the date on which he effected service on Respondents in accordance with Rule 4 of the Federal Rules of Civil Procedure or, if Plaintiff had not served Respondents, to file a response showing good cause for his failure to do so.  ECF 7.  Plaintiff did not comply with the Court's October 31, 2023 Order and has not filed any additional motion or pleading.  No Defendant has appeared in this action.  The Court therefore RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C).  Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on January 05, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge